# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONNOR GRIFFITH-GUERRERO,<br><br>Plaintiff,<br><br>v.<br><br>SPOKANE COUNTY, DEPUTY ROBERT BROOKE, and DEPUTY EVAN LOGAN,<br><br>Defendants. | NO: 2:15-CV-0342-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Order of Dismissal (ECF No. 50). The parties represent they have fully settled and compromised and that this case may be dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this case is **DISMISSED** with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All pending motions are denied as moot and all hearing dates vacated.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** August 8, 2017.



_Thomas O. Rice_
THOMAS O. RICE
Chief United States District Judge